UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| JACK E. CROSS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-CV-725-TAV-CCS |
| | ) | |
| SUMMIT MEDICAL GROUP, PLLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## **MEMORANDUM AND ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is a Motion for Permission to Withdraw [Doc. 13], filed by Attorneys Richard E. Collins and Jonathan W. Doolan. In the motion, Mr. Collins and Mr. Doolan move the Court to permit them to withdraw as counsel of record for Plaintiff based upon Plaintiff's failure to fulfill certain obligations to counsel. Mr. Collins and Mr. Doolan represent that a copy of this motion was mailed to Plaintiff fourteen days prior to its filing, and they state that Plaintiff's last-known address is: 3103 Silverwood Road, Knoxville, Tennessee 37921.

The Court finds that the Motion for Permission to Withdraw **[Doc. 13]** complies with Local Rule 83.4, and it is **GRANTED**. Mr. Collins and Mr. Doolan are **RELIEVED** of their duties as counsel for Plaintiff. The Clerk of Court is **DIRECTED** to enter the address supplied by Mr. Collins and Mr. Doolan as the address for Plaintiff and is **DIRECTED** to mail a copy of this Memorandum and Order, along with a copy of the Scheduling Order [Doc. 7] and the Continuance Order [Doc. 12], to Plaintiff.

Plaintiff Jack E. Cross, Jr., is hereby **ADMONISHED** that he is deemed to be proceeding *pro se*. Until he obtains substitute counsel, it is his obligation to stay up to date on the status of this case and comply with the deadlines set by the Court. Likewise, if Plaintiff elects to proceed in this case without an attorney, he is responsible for complying with all deadlines set by the Court and responding to any requests for relief by other parties. Plaintiff, like any other party, will be expected to comply with the Federal Rules of Civil Procedure, the Local Rules, and the Court's Orders, and Plaintiff is reminded that this case is set to proceed to trial at **9:00 a.m. on November 16, 2015**.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge